Leo Ferrante, III, Respondent, v Niagara County, Respondent, and City of Niagara Falls, Appellant.—

Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.